IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REGINALD B. WARE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| vs. : | |
| : | 1:13-CV-1647-CC |
| BANK OF AMERICA : | |
| CORPORATION, : | |
| : | |
| Defendant. : | |

### ORDER

This matter is before the Court on the Final Report and Recommendation [Doc. No. 15] issued by Magistrate Judge Gerrilyn G. Brill on December 4, 2013. Magistrate Judge Brill recommends that the Court grant Defendant Bank of America's Motion for Summary Judgment [Doc. No. 6]. The record reflects that no objections to the Final Report and Recommendation have been filed and that the time for filing objections has elapsed.

After carefully reviewing the Final Report and Recommendation for plain error in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), the Court finds that the Final Report and Recommendation is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Final Report and Recommendation as the opinion of this Court and **GRANTS** Defendant Bank of America's Motion for Summary Judgment [Doc. No. 6].

SO ORDERED this 8th day of January, 2014.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE